ORIGINAL

RECEIVED
MAR 14 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
George J. Gillespie, III, and David T. Schiff, as trustees of the Trust for the benefit of John Oakes Marriott under an agreement dated August 19, 1960

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Rowan D. Wilson
Firm Name: Cravath, Swaine & Moore LLP
Post Office Box: Worldwide Plaza
Street Address: 825 Eighth Avenue
City-State-Zip: New York, NY 10019
Telephone & Facsimile Numbers: Tel: (212) 474-1348, Fax: (212) 474-3700

08-169T

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 2 6
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. Tax-Income, Fiduciary

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ 99,137.14, plus interest thereon
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ________
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: ________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.