**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **GEORGE J. GILLESPIE, III, and DAVID T. SCHIFF, as Trustees, etc.** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) **No. 08-169 T** |
| | ) **The Honorable Emily C. Hewitt** |
| **v.** | ) |
| | ) |
| **THE UNITED STATES,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully moves the Court for an enlargement of time of 60 days, from May 15, 2008, to and including July 14, 2008, within which to answer or otherwise respond to the Complaint. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states that immediately upon receipt of the Complaint defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. While defendant's trial attorney has received a preliminary legal recommendation and some of the relevant administrative files, we have received neither a comprehensive legal recommendation, nor all of the relevant files known to exist. The time requested herein is therefore necessary for the Office of Chief Counsel to complete their defense recommendation, to secure and send to defendant's attorney both that recommendation and the remaining relevant files, and for defendant's attorneys to review the legal recommendation and the associated files, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer*

May 9, 2008

s/ G. Robson Stewart
Of Counsel