# In the United States Court of Federal Claims

No. 08-169 T

(E-Filed: September 5, 2008)

| | |
|---|---|
| GEORGE J. GILLESPIE, III, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Preliminary Status Report (JPSR). The parties state that they anticipate the filing of cross-motions for summary judgment to resolve this action, and that they will submit a joint statement of uncontroverted facts for this purpose. JPSR (g).

In the meantime, the parties intend to engage in settlement discussions and propose that 90 days be allotted for such discussions prior to the pretrial discovery period. Id.

Further to the JPSR, the court orders a 90-day period for the purpose of settlement discussions, to terminate on December 3, 2008. The parties shall file a joint status report on or before December 3, 2008 setting out the status of their settlement discussions and proposing a schedule for discovery and further proceedings. If it appears to either party or both parties that settlement discussions are ineffectual prior to December 3, 2008, the party or parties shall notify the court in writing to obtain a suspension of the discussion period.

Further to the JPSR, the parties shall complete initial disclosures pursuant to the Rules of the Court of Federal Claims on or before October 3, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge